JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHNNY GIL DAVENPORT,           )   No. CV 07-5817-VBF (PLA)
                                )
            Plaintiff,          )   **JUDGMENT**
                                )
      v.                        )
                                )
LOS ANGELES COUNTY SHERIFF,     )
et al.,                         )
                                )
            Defendants.         )
_____)

Pursuant to the order adopting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 2-1-08

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE